1 | Scott Sagaria (State Bar No.217981)
  | Elliot Gale (State Bar No. 263326)
2 | Joe Angelo (State Bar No. 268542)
  | SAGARIA LAW, P.C.
3 | 2033 Gateway Place, 5th Floor
  | San Jose, California 95110
4 | Telephone: (408) 279-2288
  | Facsimile: (408) 279-2299
5 |
  | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP GARDNER, | Federal Case No.: 5:15-CV-04610-BLF |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN EXPRESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Phillip Gardner, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant American Express as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN EXPRESS

1  or a motion for summary judgment.

2  Defendant American Express has neither answered Plaintiff's Complaint, nor filed a
3  motion for summary judgment. Accordingly, the matter may be dismissed against it for all
4  purposes and without an Order of the Court.

6  Dated: December 7, 2015                    Sagaria Law, P.C.

                                          By:   */s/ Elliot W. Gale*
                                                   Elliot W. Gale
                                          Attorneys for Plaintiff
                                          Phillip Gardner