1

2

3              UNITED STATES DISTRICT COURT

4             NORTHERN DISTRICT OF CALIFORNIA

5                  SAN JOSE DIVISION

6

7

PHILLIP GARDNER,                          Case No.  5:15-cv-04610-BLF

              Plaintiff,                   **CASE MANAGEMENT ORDER**

8

         v.

9

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

10

11            Defendants.

12

13        On March 17, 2016 the parties appeared before Judge Beth Labson Freeman for a Case

14   Management Conference.

15        IT IS HEREBY ORDERED that the following schedule shall apply in this case:

16

| EVENT | DATE OR DEADLINE |
|---|---|
| Amended Complaint due | 03/31/2016 |
| Case Management Statement due | 09/29/2016 |
| Further Case Management Conference | 10/06/2016 at 2:00 pm |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | 11/16/2017 at 1:30 pm |
| Trial | 12/11/2017 at 9:00 am |

26

27

28

United States District Court
Northern District of California

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2  are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4  orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT the parties are referred to ADR for settlement

6  discussions, to be completed by 05/16/2016.

7

8  Dated:  03/17/2016

9                                             _____

10                                            BETH LABSON FREEMAN
                                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2